■ KENNETH HAMRICK, Appellant, v ROLAND P. PERDUE, III, et al., Respondents. [868 NYS2d 668]—

In this defamation action, defendants met their burden of showing that defendant Perdue's statements that plaintiff misrepresented his academic credentials in connection with his employment by defendant Presbytery were true (*see Silverman v Clark*, 35 AD3d 1, 12 [2006]). Plaintiff failed to raise a triable issue as to the falsity of the statements (*see id.* at 13).

Perdue's statement to church staff and choir members that

the "resulting lack of credibility and trust toward [plaintiff] caused by this matter has rippled through [the church and choir staff] and beyond" was made in the context of explaining why plaintiff had been terminated and was an expression of opinion, not fact (*see Mann v Abel*, 10 NY3d 271, 276 [2008]; *Galasso v Saltzman*, 42 AD3d 310, 311 [2007]).

We have considered plaintiff's remaining argument and find it unavailing. Concur—Andrias, J.P., Nardelli, Sweeny, DeGrasse and Freedman, JJ.